IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SHARON JEAN MANNING,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:19-CV-1247-L-BH** |
| § | |
| **ANDREW SAUL, COMMISSIONER OF** § | |
| **SOCIAL SECURITY,** § | |
| § | |
| Defendant. § | |

# JUDGMENT

This judgment is issued pursuant to the court's order, dated September 18, 2020. It is, therefore, **ordered, adjudged, and decreed** that this action is **dismissed without prejudice** for lack of subject matter jurisdiction. The clerk of the court **shall** transmit a copy of this judgment and a copy of the order dated September 18, 2020, accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to Plaintiff.

**Signed** this 18th day of September, 2020.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**