# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **DARRYL GREEN, individually and on behalf of others similarly situated,** § § § | | |
| Plaintiff, § | | |
| § | | |
| **v.** § | Civil Action No. 3:20-CV-2820-L-BH | |
| § | | |
| **NELSON CRUZ AND ASSOCIATES, LLC.,** § § | Referred to U.S. Magistrate Judge[1] | |
| Defendant. § | | |

## ORDER

Before the Court is the *Joint Motion to Abate Proceedings*, filed July 8, 2021 (doc. 20). The parties seek to abate this action for five months in order to consummate their settlement but to ma. The motion is **GRANTED**, and this action is hereby **STAYED**. There appears to be no reason to maintain this case open for statistical purposes, and it is hereby **ADMINISTRATIVELY CLOSED.** The Clerk is hereby directed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case. Should further proceedings become necessary, any party or the court may initiate those proceedings in the same manner as if this order had not been entered.

**SO ORDERED**, on this 9th day of July, 2021.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Standing Order of Reference* filed December 9, 2020 (doc. 16), this case has been referred for full case management, including the determination of non-dispositive motions and issuance of findings of fact and recommendations on dispositive motions.