IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARRYL GREEN, individually and on behalf of all others similarly situated,** § § § | | |
| Plaintiff, § § | | |
| v. § § | Civil Action No. **3:20-CV-2820-L** | |
| **NELSON CRUZ AND ASSOCIATES, LLC,** § § § § | | |
| Defendant. § | | |

## NOTICE

In accordance with Plaintiff's Notice of Dismissal with Prejudice filed on August 21, 2023, this case is **dismissed with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**It is so ordered** this 22nd day of August, 2023.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**